UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THE STATE OF NEW YORK and JOSEPH
MARTENS, as Commissioner of the New York State
Department of Environmental Conservation,

                *Plaintiffs,*                CIV 07-4231 (ENV) (ALC)

                  v.                          **MOTION FOR LEAVE**
                                                    **TO WITHDRAW**
WEST SIDE CORP., SHELDON F. SCHIFF             **DAVID J. KANFER**
DOW CHEMICAL COMPANY,                             **AS COUNSEL FOR**
ETHYL CORPORATION and PPG                     **WEST SIDE CORP. AND**
INDUSRIES, INC.,                                            **SHELDON F. SCHIFF**

                *Defendants.*
-------------------------------------------------------------------x

    **PURSUANT TO RULE 1.4** of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Tannenbaum Helpern Syracuse & Hirschtritt LLP ("THSH") files this Motion for Leave to Withdraw David J. Kanfer as Counsel for Defendants West Side Corp. and Sheldon F. Schiff (collectively, "Defendants") in the above-captioned action. In support of this motion, THSH, state, as follows:

1. Since October 28, 2008, David J. Kanfer and John-Patrick Stiles Curran of THSH have been identified as counsel for Defendants in this action and have received notice of all electronic filings via ECF.

2. Mr. Curran and THSH will continue to represent the Defendants herein.

3. The withdrawal of Mr. Kanfer would not affect the case schedule in any way.

4. Discovery in this action remains ongoing. No trial date has been set.

5. For the foregoing reasons, THSH respectfully requests that this Court grant leave for David J. Kanfer to withdraw as counsel for Defendants.

Dated: New York, New York
December 20, 2011

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By: _____
David J. Kanfer

900 Third Avenue
New York, New York 10022
(212) 508-6700
kanfer@thsh.com

*Attorneys for Defendants West Side Corp.
and Sheldon F. Schiff*

[952601-3]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THE STATE OF NEW YORK and JOSEPH
MARTENS, as Commissioner of the New York State
Department of Environmental Conservation,

                *Plaintiffs,*                CIV 07-4231 (ENV) (ALC)

              vi.

WEST SIDE CORP., SHELDON F. SCHIFF
DOW CHEMICAL COMPANY,
ETHYL CORPORATION and PPG
INDUSRIES, INC.,

                *Defendants.*
-----------------------------------------------------------------x

## CERTIFICATION OF SERVICE

The undersigned certifies that on this 20th day of December, 2011, the foregoing motion for Leave to Withdraw David J. Kanfer as counsel for West Side Corp. and Sheldon F. Schiff was electronically served upon all counsel in this action.

                                                                       David J. Kanfer

[952601-3]