UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
STATE OF NEW YORK, and ALEXANDER :
B. GRANNIS, as COMMISSIONER OF NEW :
YORK STATE DEPARTMENT OF :
ENVIRONMENTAL CONSERVATION, :
 :
                      Plaintiffs, :     07-CV-4231 (ENV) (ALC)
 :
vs. :     **STIPULATION OF VOLUNTARY**
 :     **DISMISSAL PURSUANT TO RULE**
WEST SIDE CORP., SHELDON F. SCHIFF, :     **41(a)(1)(A)(ii)**
DOW CHEMICAL COMPANY, ETHYL :
CORPORATION and PPG INDUSTRIES, :
INC., :
 :
                      Defendants. :
 :
 :
---------------------------------------------------------- x

**WHEREAS**, the State commenced this action against West Side Corp., Sheldon F. Schiff, Dow Chemical Company ("Dow"), Ethyl Corporation ("Ethyl") and PPG Industries, Inc. ("PPG") pursuant to the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), and New York's common law of public nuisance, restitution, and indemnification seeking to recover response costs that have been and will be incurred by the State in responding to the release or threatened release of hazardous substances at property located at 107-10 180th Street in Jamaica, Queens, New York;

**WHEREAS**, the State alleged that Defendants Dow, Ethyl and PPG either arranged for the disposal of hazardous substances at, or transported hazardous substances to, the Site and that Defendants Dow, Ethyl and PPG are jointly and severally liable for

1

all response costs incurred and to be incurred by the State in responding to releases of hazardous substances at the Site pursuant to CERCLA §§ 107(a)(3) & (4) and 113(g)(2), 42 U.S.C. §§ 9607(a)(3) & (4) and 9613(g)(2);

**WHEREAS**, on July 22, 2009, following the Supreme Court's decision in *Burlington Northern and Santa Fe Ry. Co.* v. *U.S.*, 556 U.S. 599 (2009), the State voluntarily dismissed with prejudice the claims brought pursuant to CERCLA §§ 107(a)(3) & (4), 42 U.S.C. §§ 9607(a)(3) & (4) against Defendants Dow, Ethyl and PPG;

**WHEREAS**, by Memorandum and Order, dated June 3, 2011, the Court dismissed the State's claims for public nuisance and indemnification; and

**WHEREAS**, Defendants Dow, Ethyl and PPG deny liability on each and every remaining cause of action asserted by the State;

**IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the State dismisses all claims against the Defendants Dow, Ethyl and PPG with prejudice, without costs or attorneys' fees to any party.

**STATE OF NEW YORK**
ERIC T. SCHNEIDERMAN
Attorney General of the State of New York

Dated: December 12, 2011
New York, New York

By: *Pedro Medina* by (id)
Pedro Medina
Assistant Attorney General
Environmental Protection Bureau
120 Broadway, 26th Floor

2

New York, New York 10271
(212) 416-8464

**ETHYL CORPORATION**

Dated: December **12**, 2011          By:   *[signature]*
Newark, New Jersey

Alan E. Kraus, Esq.
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101
Phone: 973-639-1234

**PPG INDUSTRIES, INC.**

Dated: December____, 2011  By: _____
New York, New York  Paula J. Schauwecker, Esq.
 Beveridge & Diamond, P.C.
 477 Madison Avenue
 New York, NY 10022
 Phone: 212-702-5407

**DOW CHEMICAL COMPANY**

Dated: December 12, 2011  By: _____
Chicago, Illinois  Steven Siros, Esq.
 Jenner & Block
 353 North Clark
 Chicago, IL 60564
 Phone: 312-923-2717

**WEST SIDE CORP. and**
**SHELDON F. SCHIFF**

Dated: December____, 2011  By: _____
New York, New York  John Curran, Esq.
 Tannenbaum Helpern Syracuse &
 Hirschtritt LLP
 900 Third Avenue
 New York, NY 10022
 Phone: 212-508-6717

So Ordered

_____  Date:
**The Honorable Eric N. Vitaliano**
**United States District Judge**
**Eastern District of New York**

**PPG INDUSTRIES, INC.**

Dated: December____, 2011  By: _____
New York, New York            Paula J. Schauwecker, Esq.
                              Beveridge & Diamond, P.C.
                              477 Madison Avenue
                              New York, NY 10022
                              Phone: 212-702-5407

**DOW CHEMICAL COMPANY**

Dated: December_____, 2011  By: _____
Chicago, Illinois             Steven Siros, Esq.
                              Jenner & Block
                              353 North Clark
                              Chicago, IL 60564
                              Phone: 312-923-2717

**WEST SIDE CORP. and SHELDON F. SCHIFF**

Dated: December_12_, 2011    By: _____
New York, New York            John Curran, Esq.
                              Tannenbaum Helpern Syracuse & Hirschtritt LLP
                              900 Third Avenue
                              New York, NY 10022
                              Phone: 212-508-6717

So Ordered

_____   Date:
**The Honorable Eric N. Vitaliano**
**United States District Judge**
**Eastern District of New York**

4

**PPG INDUSTRIES, INC.**

Dated: December 12, 2011  By: /s/ Paula J. Schauwecker/aEk
New York, New York

Paula J. Schauwecker, Esq.
Beveridge & Diamond, P.C.
477 Madison Avenue
New York, NY 10022
Phone: 212-702-5407

By: /s/ Robert Brager/aEk

Robert Brager, Esq.
Beveridge & Diamond, P.C.
201 North Charles Street, Suite 2210
Baltimore, MD 21201
Phone: 410.230.1310

**DOW CHEMICAL COMPANY**

Dated: December___, 2011  By: _____
Chicago, Illinois

Steven Siros, Esq.
Jenner & Block
353 North Clark
Chicago, IL 60564
Phone: 312-923-2717

**WEST SIDE CORP. and SHELDON F. SCHIFF**

Dated: December___, 2011  By: _____
New York, New York

John Curran, Esq.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
Phone: 212-508-6717

The Clerk is directed to close this case

Dated: Brooklyn, NY
January 11, 2012

So Ordered

s/ ENV

4

**The Honorable Eric N. Vitaliano**     Date:
**United States District Judge**
**Eastern District of New York**