

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN  
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE  
ENVIRONMENTAL PROTECTION BUREAU

(212) 416-8464

May 6, 2013

**VIA ECF**
Magistrate Judge Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *State of New York v. West Side Corp., et al.*
U.S. Dist. Ct., E.D.N.Y. Index No. CIV 07-4231 (ENV)(VMS)

Dear Magistrate Scanlon:

This office represents the Plaintiff State of New York (the "State") in the above-referenced action. I am writing on behalf of all the parties to apprise the Court of the status of this case.

**Status of Mediation**

The parties are continuing their settlement negotiations under the supervision of Ms. Edna Sussman, Esq. The parties conferred individually with Ms. Sussman. Defendants West Side Corp. ("West Side"), and Sheldon F. Schiff ("Schiff") (collectively, the "defendants") submitted a settlement offer which the State has been considering. The State is formulating a proposed counter offer which it will forward to defendants shortly.

**Status of Discovery**

The State and the defendants have exchanged initial disclosures. The defendants have produced documents and answers to the State's document requests and interrogatories. The State has noticed the deposition of Mr. Schiff, which has been adjourned while the parties complete

their settlement negotiations under Ms. Sussman's supervision. There are discovery requests that the defendants have served which the State will provide responses.

Respectfully submitted,

*s/ Pedro Medina*

Pedro Medina, Jr.
Assistant Attorney General

cc: Joshua M. Levy, Esq. (via ECF)
Edna Sussman, Esq. (via Electronic Mail)
Gerald P. Lepp, Esq. (via Facsimile)