AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** New York

State of New York
          Plaintiff (s),
V.
West Side Corp., et al.
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-cv-4231

Notice is hereby given that, subject to approval by the court, __The State of New York__ substitutes
(Party (s) Name)

__Janice A. Dean__, State Bar No. __513627__ as counsel of record in
(Name of New Attorney)

place of __Pedro Medina__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Office of the New York State Attorney General
    Address: 120 Broadway, New York, New York, 10271
    Telephone: (212) 416-8459     Facsimile (212) 416-6007
    E-Mail (Optional): janice.dean@ag.ny.gov

I consent to the above substitution.
Date: _____

(Signature of Party (s))

I consent to being substituted.
Date: 10/31/2013

*[signature: Pedro Medina]*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]