AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ **District of** __New York__

State of New York

        Plaintiff (s),

V.

West Side Corp., et al.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-cv-4231

Notice is hereby given that, subject to approval by the court, __The State of New York__ substitutes
(Party (s) Name)

__Janice A. Dean__, State Bar No. __513627__ as counsel of record in
(Name of New Attorney)

place of __Pedro Medina__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Office of the New York State Attorney General |
| Address: | 120 Broadway, New York, New York, 10271 |
| Telephone: | (212) 416-8459    Facsimile (212) 416-6007 |
| E-Mail (Optional): | janice.dean@ag.ny.gov |

I consent to the above substitution.

Date: 11/13/13

*(signed) Janice A. Dean*
(Signature of Party (s))

I consent to being substituted.

Date: 10/31/2013

*(signed) Pedro Medina*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 11/13/13

*(signed) Janice A. Dean*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]