AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Eastern | **District of** | New York |
|---|---|---|

| State of New York | **CONSENT ORDER GRANTING** |
|---|---|
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| West Side Corp., et al. | **CASE NUMBER:** 07-cv-4231 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __The State of New York__ substitutes
(Party (s) Name)

__Janice A. Dean__, State Bar No. __513627__ as counsel of record in
(Name of New Attorney)

place of __Todd Ommen__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Office of the New York State Attorney General |
|---|---|
| Address: | 120 Broadway, New York, New York, 10271 |
| Telephone: | (212) 416-8459    Facsimile (212) 416-6007 |
| E-Mail (Optional): | janice.dean@ag.ny.gov |

I consent to the above substitution.

Date:   10/28/2013

(Signature of Party (s))

I consent to being substituted.

Date:   11/12/13

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   10/28/2013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   _____     _____
                                                                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]