AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** New York

State of New York
    Plaintiff (s),

V.

West Side Corp., et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 07-cv-4231

Notice is hereby given that, subject to approval by the court, __The State of New York__ substitutes
(Party (s) Name)

__Janice A. Dean__ , State Bar No. __513627__ as counsel of record in
(Name of New Attorney)

place of __Jeanna Hussey__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Office of the New York State Attorney General
    Address: 120 Broadway, New York, New York, 10271
    Telephone: (212) 416-8459    Facsimile (212) 416-6007
    E-Mail (Optional): janice.dean@ag.ny.gov

I consent to the above substitution.

Date: 10/28/2013

Janice Dean
*Digitally signed by Janice Dean. DN: cn=Janice Dean, o=Office of the NYS Attorney General, ou=Environmental Protection Bureau, email=janice.dean@ag.ny.gov, c=US. Date: 2013.10.28 12:22:30 -04'00'*

(Signature of Party (s))

I consent to being substituted.

Date: 11/1/2013

Jeanna E. Hussey
*Digitally signed by Jeanna E. Hussey. DN: cn=Jeanna E. Hussey, o=NYS OAG, ou, email=Jeanna.Hussey@ag.ny.gov, c=US. Date: 2013.11.01 12:03:18 -04'00'*

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/28/2013

Janice Dean
*Digitally signed by Janice Dean. DN: cn=Janice Dean, o=Office of the NYS Attorney General, ou=Environmental Protection Bureau, email=janice.dean@ag.ny.gov, c=US. Date: 2013.10.28 12:22:48 -04'00'*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**